IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL KIRCHER, III, | : | No. 4:13-cv-02143 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| PENNSYLVANIA STATE POLICE DEPARTMENT, and TROOPER ERIC FARABAUGH and TROOPER DENNIS MILLER, in their official and individual capacities, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of August 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Arbuckle's Report and Recommendation, ECF No. 57, is **ADOPTED IN PART AND REJECTED IN PART**.

2. Defendant's Motion for Summary Judgment, ECF No. 34, is **GRANTED**.

3.  The Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge